**Maria ROJAS–MARQUEZ, also known as Maria N. Belmontes, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

**No. 06–60049**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 24, 2006.

Steven T. Villarreal, Law Office of Roy Alexander Jr., Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Caryl G. Thompson, U.S. Immigration &

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Naturalization Service, District Directors Office, New Orleans, LA, Sharon A Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Petitioner Maria Rojas–Marquez (Rojas) petitions this court to review the January 3, 2006, order entered by the Department of Justice reinstating her prior order of removal. Rojas argues that the reinstatement provisions of 8 U.S.C. § 1231(a)(5) are impermissibly retroactive to aliens who were deported and reentered the United States prior to the statute's effective date of April 1, 1997.

This court has rejected Rojas's argument in *Ojeda–Terrazas v. Ashcroft*, 290 F.3d 292, 299–302 (5th Cir.2002). Additionally, the United States Supreme Court held in *Fernandez–Vargas v. Gonzales*, —— U.S. ——, 126 S.Ct. 2422, 2425, 165 L.Ed.2d 323 (2006), that § 1231(a)(5) "applies to those who entered before IIRIRA and does not retroactively affect any right of, or impose any burden on" the alien. Rojas's argument is without merit.

Accordingly, her petition for review is DENIED. Rojas's request that we reconsider our prior denial of her motion for a stay of deportation is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.